# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answer. At

FILED
DEC 18 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Lidan Lin
_____,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Purdue University/Carl Drummond
_____,
[The **DEFENDANT** is who you are suing. Put <u>ONE</u> name on this line. List <u>ALL</u> defendants below, including this one.]

Case Number  4:20cv97
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  Carl Drummond, Vice Chancellor for Academic Affairs | Office of Academic Affairs, Purdue University Fort Wayne, 2101 East Coliseum Blvd, Fort Wayne, IN 46805 |
| 2 | [Put the names of any other defendants in these boxes.]  Lachlan Whalen, faculty at Purdue Fort Wayne | Dept of English and Linguistics, Purdue University Fort Wayne, 2101 East Coliseum Blvd, Fort Wayne, IN 46805 |
| 3 |  |  |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant <u>in a separate box</u> as shown here.]

1. How many defendants are you suing? __2__

2. What is your address? 11355 Affinity Court #190, San Diego, CA 92131 (current address)
7205 Sandyridge Place, Fort Wayne, IN 46835 (permanent address)

3. What is your telephone number: (260) 249-0497

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

> **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

> **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. see attachment "Statement of Complaint"

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

## PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

## RELIEF – If you win this case, what do you want the court to order the defendant to do?

see attachment "Statement of Complaint"
_____
_____
_____
_____

## FILING FEE – Are you paying the filing fee?

- ☑ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_LLD_  I will keep a copy of this complaint for my records.
_LLD_  I will promptly notify the court of any change of address.
_LLD_  I declare **under penalty of perjury** that the statements in this complaint are true.

_____        ___12/18/2020___
Signature                                                                  Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# Attachment to Complaint Form

## Statement of Complaint

**Plaintiff:** Dr. Lidan Lin, Professor of English Literature at Purdue Fort Wayne

**VS**

**Defendant: Purdue University**

1   This racial discrimination lawsuit is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended. The jurisdiction of this Court is invoked by the Plaintiff pursuant to 28 U.S.C. §§ 1331, 1343(4) and 28 U.S.C. §§ 2201 and 2202. This lawsuit is brought pursuant to the "The Civil Rights Act of 1866," 42 U.S.C. § 1981, and 1981a and The Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended by the Civil Rights Act of 1991. Equitable and other relief is sought under 42 U.S.C. 2000e-5(g).

2   Plaintiff is an Asian-American and a resident of the State of Indiana.  Plaintiff is currently employed with Purdue University Fort Wayne as a tenured full professor of English literature. Plaintiff began employment with Purdue Fort Wayne in 2001, was tenured and promoted to associate professor in 2005, and promoted to full professor in 2010.  Plaintiff is an accomplished scholar with international reputation and a dedicated instructor.

3   On November 27, 2019, Plaintiff filed a Charge of Discrimination with the Indianapolis Office of the Equal Employment Opportunity Commission ("EEOC"), alleging discrimination on the basis of race and national origin.  On August 5, 2020, a Notice of Right to Sue letter was issued by the EEOC, a copy of which is attached hereto as "Exhibit 1."  Because Plaintiff is working remotely with a mail forwarding address, Plaintiff actually received the Notice of Right to Sue on September 21, 2020 (proof of receipt date is hereto attached as "Exhibit 2").

## Summary of what happened:

4   Since 2014, Defendants have created an environment that encouraged and fostered a discriminatory and hostile work environment for Plaintiff due to her race (Asian) and national origin (Chinese). Such conduct has been ongoing and pervasive. Simply put, racial discrimination has been deeply embedded at Purdue Fort Wayne campus. It is ongoing and unashamed.

5   Asian-American faculty at Purdue Fort Wayne have a much harder time to obtain opportunities for professional advancement than their white colleagues. Such opportunities include, but are not limited to, administrative and academic advancement. Only few Asian-American faculty hold administrative and academic leadership positions. When Asian-American faculty do hold these positions, they are more susceptible for demotion than their white colleagues. In short, Asian-American faculty are systemically marginalized and face ongoing harassment and threat by their white colleagues. Their employment is constantly being threatened.

## What happened specifically:

6   In February 2019, Plaintiff Dr. Lin and a faculty member Debrah Huffmann (white) in her Dept applied for the Interim Chair position. Although Dr. Lin has better qualifications for this position, Dr. Huffmann was offered the job. Defendant Vice Chancellor for Academic Affairs (white) was involved in making this discriminatory decision.

7   In February 2019, Plaintiff Dr. Lin and Defendant Lachlan Whalen (white, associate professor) in her Dept. applied for the editor-in-chief position for the journal *Clio: A Journal of Literature, History, and the Philosophy of History*. This journal was historically managed by the English Dept. until 2009. The editor-in-chief position was previously held by full professors. Although Plaintiff has better qualifications for this position, Lachlan Whalen was offered the job. Defendant Vice Chancellor for Academic Affairs was involved in making this discriminatory decision.

8   In November 2014, Defendant Vice Chancellor for Academic Affairs initiated and approved hiring Lachlan Whalen (white) into Plaintiff's Dept., although Plaintiff's Dept did not have job opening nor needs for this position. This hire was a violation of University policy. Because the Dept. does not have needs for this position and because Lachlan Whalen has similar academic areas as Plaintiff's areas, the hire was/is a threat to Plaintiff's job. Prior to and since his hire, Lachlan Whalen and his friends severely harassed Plaintiff on and off campus--their goal is to force Plaintiff to quit her job so that Whalen can take over Plaintiff's position 100%; right now Dr. Whalen has 25% responsibilities in Plaintiff's Dept.

9   In August 2015, because of Defendant Lachlan Whalen's harassment of Plaintiff, Plaintiff was wrongfully placed on leave for one semester by HR and Vice Chancellor for Academic Affairs.

10   In November 2016, Plaintiff was wrongfully found guilty by HR in an internal complaint against Plaintiff filed by James Lucas (Whalen's friend). Defendant Vice Chancellor for Academic Affairs was liable for making this discriminatory decision. At the same time, Mr. Lucas filed a petition for protective order with the Court. Judge Degroote in Allen County Superior Court dismissed his petition and ruled in my favor.

11   In February, 2020, Plaintiff once again requested to campus police the installation of security cameras in the building where she teaches because of being harassed in that building by Defendant Lachlan Whalen and his friends. The harassment is so severe that Dr. Lin was forced

to change classrooms and adopt online teaching to avoid harassment. Plaintiff's request was denied, which has encouraged her harassers to carry on harassment without fear of deterrent.

12   In or about May 2018, Plaintiff requested 2 police reports through Public Records Request. HR denied Plaintiff's request to release these 2 records. Plaintiff filed a formal complaint with Indiana Public Access Counselor. After reviewing Plaintiff's complaint, the Counselor issued his legal advice in Plaintiff's favor.

Over the years, Plaintiff has reported her concerns to Purdue Fort Wayne and Purdue University West Lafayette. Defendants have failed to take effective remedial action in response to racially charged complaints. Instead, when Plaintiff complained to Fort Wayne campus police about Defendant Whalen's harassment, she was retaliated against and was placed on leave.

As a result of Defendants' negligence of such ongoing and pervasive racial discrimination and harassment, Plaintiff has suffered substantial damages, both financial and emotional, which will be proven at trial. Plaintiff has repeatedly sought remedies and has now brought her case to this Court to seek justice and relief.

Purdue University Fort Wayne is liable for having harmed Plaintiff under Title VII for such ongoing and pervasive discrimination against and harassment of Plaintiff (Asian-American) because it knew, or should have known, of the racial harassment and discrimination, but it failed to take prompt and effective remedial action. Instead, it did just the opposite. It condoned, ratified, and otherwise allowed the racially harassing and discriminatory behavior to continue.

WHEREFORE, Plaintiff, Dr. Lidan Lin, respectfully requests that this Court enter judgment against the Defendants and provide the following relief:

a   Award a severance package to Plaintiff that includes 5 years' full salary (including summer teaching salary) plus 3 years' medical insurance in the amount in excess of $40000;

OR Plaintiff continues employment with the following relief:

b.   Award salary loss from Interim Chair position (actual amount to be determined by Purdue Fort Wayne);

c.   Award editor-in-chief position for *Clio: A Journal of Literature, History, and the Philosophy of History* and return *Clio* to the English Dept, where it was originally and historically managed;

d.   Vice Chancellor for Academic Affairs, Dr. Lachlan Whalen, and Dr. Janet Badia be transferred to other Purdue campuses (ranks and compensations subject to negotiation);

e.   Award compensatory for prolonged harassment, hostile work environment, and emotional damage in excess of $270000;

f.   Grant Plaintiff on-line teaching whenever she requests it;

g.  Install security cameras in all buildings on Fort Wayne campus;

h.  This Court orders Defendants (Purdue Fort Wayne) to fix racial discrimination toward Asian-American faculty and increase Asian-American diversity and leadership at all levels on Fort Wayne campus;

i.  Award reasonable attorney costs;

j.  Grant any other relief, which the Court deems necessary and appropriate.

**Notes:**

Exhibits of evidence for each allegation will be presented later or at trial.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Lidan Lin, PhD<br>7205 Sandyridge Pl<br>Fort Wayne, IN 46835 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2020-00758 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____ For: _____ 8/5/20
**Michelle Eisele,**
**District Director**
*(Date Mailed)*

Enclosures(s)

cc: **Alysa C. Rollock**
**VP for Ethics and Compliance**
**PURDUE UNIVERSITY**
**155 South Grant**
**Ernest C. Young Hall, 10th Floor**
**West Lafayette, IN 47907**

Exhibit #1

Exhibit 2

Proof of receipt date of "Right to Sue Notice": email to and from Joseph V Tedesco, EEOC federal investigator:

On Monday, September 21, 2020, 07:06:26 PM PDT, Lidan Lin <llin3000@yahoo.com> wrote:

Update: I just received right to sue notice--thank you so much for your help!

Lidan

On Monday, September 21, 2020, 05:58:03 PM PDT, Lidan Lin <llin3000@yahoo.com> wrote:

p.s. your prompt response is appreciated.

Lidan

On Monday, September 21, 2020, 02:35:08 PM PDT, Lidan Lin <llin3000@yahoo.com> wrote:

Hi, Joseph,

Good afternoon!

I am checking for any update you may have on issuing the right to sue notice now the courts are open.

Thanks so much!

Lidan

**INDIANAPOLIS DISTRICT OFFICE**
Equal Employment Opportunity Commission
101 West Ohio Street - Suite 1900
Indianapolis, Indiana 46204-4203

OFFICIAL BUSINESS

US POSTAGE Pitney Bowes
ZIP 46204 $000.50⁰
02 4W
0000861430

*T 462 NDE 1    020C02209/14/20

LIN PAD'LIDAN
11355 AFFINITY CT UNIT 190
SAN DIEGO CA 92131-2752

BC: 92131276240    *1612-07658-06-44

U.S. POSTAGE PAID
FCM LG ENV
SAN DIEGO, CA
92126
DEC 18, 20
AMOUNT
$6.65
R2304N118306-16

47901

CERTIFIED MAIL
7020 2450 0001 4547 6201

Court Clerk
United States District Court
Northern District of Indiana
Charles A. Halleck Federal Building
230 North Fourth St. Room 105
Lafayette, IN 47901-1322

Residents
1355 Affinity Court #90
San Diego, CA 12131

