UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| LIDAN LIN, <br><br> Plaintiff, <br><br> v. <br><br> CARL DRUMMOND, LACHLAN WHALEN, and PURDUE UNIVERSITY, <br><br> Defendants. | CAUSE NO.: 4:20-CV-97-TLS |

**OPINION AND ORDER**

This matter is before the Court on a Motion for Making Confidential Two Documents [ECF No. 110], filed by Plaintiff Lidan Lin on May 19, 2023. In the motion, the Plaintiff asks the Court to order that two other documents [ECF Nos. 111, 112] also filed on May 19, 2022, be maintained under seal.

Northern District of Indiana Local Rule 5-3 provides, "The clerk may not maintain a filing under seal unless authorized to do so by statute, court rule, or court order." N.D. Ind. L.R. 5-3(a). "The public has a legitimate interest in the record compiled in a legal proceeding because the public pays for the courts," but this interest may be overridden "if there is good cause for sealing part of the record." *Forst v. Smithkline Beecham Corp.*, 602 F. Supp. 2d 960, 974 (E.D. Wis. 2009) (citing *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 944–45 (7th Cir. 1999)). "Any step that withdraws an element of the judicial process from public view makes the ensuing decision look more like fiat and requires rigorous justification" by the Court. *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006). A litigant must justify the claim of secrecy, analyzing the applicable legal criteria. *Citizens First*, 178 F.3d at 945; *see also, e.g.*, *Cnty. Materials Corp. v. Allan Block Corp.*, 502 F.3d 730, 740 (7th Cir. 2007); *Baxter Int'l v. Abbott*

*Labs.*, 297 F.3d 544, 547 (7th Cir. 2002); *Union Oil Co. v. Leavell*, 220 F.3d 562, 568 (7th Cir. 2000).

The Plaintiff provides no cause for sealing the documents. "[T]he Seventh Circuit stated that it will deny outright any motion to maintain the confidentiality of information that fails to 'analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Forst*, 602 F. Supp. 2d at 974 (quoting *Baxter Int'l, Inc.*, 297 F.3d at 548). The Court finds it must do the same.

Based on the foregoing, the Court hereby DENIES without prejudice the Plaintiff's Motion for Making Confidential Two Documents [ECF No. 110]. The Court SETS a deadline of May 30, 2023, for the motion to be refiled. If the motion is not filed by the deadline, the Court will order both documents [ECF Nos. 111, 112] unsealed.

SO ORDERED on May 23, 2023.

s/ Theresa L. Springmann  
JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT