IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

LAFAYETTE DIVISION

-FILED-

APR 09 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LIDAN LIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.:  4:20-CV-00097-TLS-JPK |
| | ) | |
| THE TRUSTEES OF PURDUE | ) | |
| UNIVERSITY, CARL DRUMMOND, | ) | |
| LACHLAN WHALEN, | ) | |
| | ) | |
| Defendants. | ) | |

**Motion to Expedite Summary Judgement Ruling**

Dear Judge Springmann,

This case was filed on December 18, 2020 and has been going on for over 3 years.

*Federal Rules of Civil Procedures* mandate that civil proceedings be resolved expeditiously. Federal Rule 1 states this requirement: "Scope and Purpose: "These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. **They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.**

Based on the above Rule, Plaintiff respectfully requests that the Court expedite the decision or ruling on Defendants' Motion for Summary Judgement for the following reasons:

1    I believe that both parties have had their chance to present their side of the story, so it is time that a conclusion be reached expeditiously.

2    Plaintiff will be traveling out of the country to care for sick relatives and to undertake some professional  activities starting from  May 2024.

3    Plaintiff has been single-handedly dealing with this suit since October 2022 against a powerful employer who can afford millions of taxpayers' money hiring (unethical) lawyers.

For the reasons stated above, I believe that there is a good cause for speeding up the ruling. I respectfully request that 1) a decision or ruling on justice and relief be reached as soon as possible, appreciatively no later than the end of April 2024 so that I can make travel plans; 2) the decision or ruling on the justice and relief be a non-trial one since I will not be able to deal with trial while out of the country. I believe that a "just, speedy, and inexpensive determination [of this] proceeding" (Federal Rule 1) is in the best interests of all parties involved.

Respectfully submitted,

Lidan Lin (Plaintiff, pro se)

7205 Sandyridge Place

Fort Wayne, IN 46835

## CERTIFICATE OF SERVICE

The undersigned hereby swears and affirms that a true and correct copy of the above was served by the Clerk's Office (1300 S. Harrison St. Fort Wayne, 46802) to the Court and served electronically to Purdue's counsels of record on April 9, 2024.

Lidan Lin (Plaintiff, pro se)

7205 Sandyridge Place

Fort Wayne, IN 46835

llin3000@yahoo.com