# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

LIDAN LIN,

    Plaintiff,

v.      CAUSE NO.: 4:20-CV-97-TLS

THE TRUSTEES OF PURDUE UNIVERSITY, CARL DRUMMOND, and LACHLAN WHALEN.

    Defendants.

## ORDER

This matter is before the Court on the pro se Plaintiff Lidan Lin's Motion to Sanction Defendant Whalen and to Discipline Defense Attorneys [ECF No. 141]. When filing a motion, "even pro se litigants must expect to file a legal argument and some supporting authority." *Mathis v. New York Life Ins. Co.*, 133 F.3d 546, 548 (7th Cir. 1998) (cleaned up). "A litigant who fails to press a point by supporting it with *pertinent authority*, or by showing why it is sound despite a lack of supporting authority . . . forfeits the point." *Id.* (emphasis added) (quoting *Pelfresne v. Village of Williams Bay*, 917 F.2d 1017, 1023 (7th Cir. 1990)). Courts need not do the research for a party, even for one proceeding pro se. *Id.* Although the Plaintiff quotes Northern District of Indiana Local Rule 83-6.2, which allows a court to discipline an attorney who violates the standards of professional conduct, the Plaintiff does not make a legal argument or cite to any pertinent legal standard or authority in support of her request for sanctions. Accordingly, the Court hereby DENIES the Plaintiff's motion [ECF No. 141].

    SO ORDERED on April 17, 2024.

                                              s/ Theresa L. Springmann
                                              JUDGE THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT