AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LIDAN LIN

      Plaintiff
v.                                             Civil Action No. 4:20-cv-97

CARL DRUMMOND

LACHLAN WHALEN

PURDUE UNIVERSITY

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant, Trustees of Purdue University and against Plaintiff, Lidan Lin on her claims for discrimination under Title VII.  JUDGMENT IS ENTERED in favor of Defendants, Carl Drummond and Lachlan Whalen and against Plaintiff, Lidan Lin on her claims under § 1981 for discrimination, retaliation, and hostile work environment.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Theresa L. Springmann on Defendants' Motion for Summary Judgment.

DATE:  04/17/2024            CHANDA J. BERTA, CLERK OF COURT

                                 by    s/J. Barboza _____
*Signature of Clerk or Deputy Clerk*