Case #: to be assigned

United States Court of Appeals

For the Seventh Circuit



Lidan Lin, Plaintiff-Appellate, *pro se*

v.

Trustees of Purdue University
  Carl N. Drummond
  Lachlan Whalen
  Defendants

Appeal From The United States District Court
For the Northern District of Indiana
Case #: Case #: 4:20-CV-00097-TLS-JPK
Senior Judge Theresa L. Springmann

## Notice of Appeal

I, Lidan Lin, appeal to the United States Court of Appeals for the Seventh Circuit for the final judgment (Dkt145) entered on April 17, 2024.

Respectfully submitted,

*Lidan Lin*

Lidan Lin (appellant, pro se)

7205 Sandyridge Place

Fort Wayne, IN 46835

llin3000@yahoo.com

June 25, 2024