Case #: to be assigned

United States Court of Appeals

For the Seventh Circuit

-FILED-

JUN 25 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

---

Lidan Lin, Plaintiff-Appellate, *pro se*

v.

Trustees of Purdue University

  Carl N. Drummond

  Lachlan Whalen

  Defendants

Appeal From The United States District Court

For the Northern District of Indiana

Case #: Case #: 4:20-CV-00097-TLS-JPK

Senior Judge Theresa L. Springmann

## Docketing Statement

Date of final Judgment and Order (Dkt145): April 17, 2024

Date of filling appeal: June 25, 2024.

Case for appeal: 4:20-CV-00097-TLS-JPK

Respectfully submitted,

*/s/ Lidan Lin*

Lidan Lin

Appellant, *pro se*